UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUDITH HUTCHINSON,

Defendant.

NO. CR17-115-TSZ

**ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the parties' Joint Motion, docket no. 18, for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the Defendant Judith Hutchinson's interest in the following property:

- A money judgment in the amount of $2,427,478.14, which reflects the Defendant's restitution obligation.

The Court, having reviewed the papers and pleadings filed in this matter, including the parties' Motion, HEREBY FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*U.S. v. Judith Hutchinson,* CR17-115-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The above-identified money judgment reflects proceeds of Wire Fraud, which are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);
- Pursuant to the plea agreement she entered on May 2, 2017, the Defendant agreed to forfeit proceeds of the Wire Fraud, in the form of a money judgment reflecting the amount of her restitution obligation, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) (Dkt. No. 7, ¶ 8);
- The parties agree the Defendant's restitution obligation is $2,427,478.14; and,
- Fed. R. Crim. P. 32.2(c)(1) provides "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to her plea agreement, 18 U.S.C. § 982(a)(1)(C), and 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified money judgment is fully and finally forfeited, in its entirety, to the United States;

2) No right, title or interest in the money judgment exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time she is sentenced; it will be made part of the sentence; and, it will be included in the Judgment;

4) In order to satisfy the money judgment in whole or in part, the United States may move to amend this Order, at any time, pursuant to Fed. R. Crim. P. 32.2(e), to substitute property not to exceed a cumulative value of $2,427,478.14; and,

5) This Court will retain jurisdiction for the purpose of enforcing this Order, as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Order of Forfeiture - 2
*U.S. v. Judith Hutchinson,* CR17-115-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 28th day of August, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented by:

 /s Michelle Jensen
MATTHEW DIGGS
MICHELLE JENSEN
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970
Michelle.Jensen@usdoj.gov


 /s Brian Sullivan*
BRIAN SULLIVAN
Sullivan Law Group
320 Rockefeller Ave.
Everett, WA 98201
(425) 332-1076
Brian@sullivanpllc.com
*Attorney for the Defendant*

*Permission to e-sign granted via e-mail on 8/25/17

Order of Forfeiture - 3
*U.S. v. Judith Hutchinson,* CR17-115-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970